UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARRIE WARD, CYNTHIA ELISA WARD, JOHN SAMUEL WARD | § § § § § § | CIVIL NO: SA:06-CV-01067-XR |
| vs. | | |
| UNITED STATES OF AMERICA | | |

## ORDER SETTING SETTLEMENT HEARING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for SETTLEMENT HEARING in Courtroom 3, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, TX, on Wednesday, February 13, 2008 at 09:30 AM.  All parties and counsel must appear at this hearing.

      IT IS SO ORDERED this 4th day of February, 2008.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

Eugene W. Brees II, William O. Whitehurst Jr., Michelle Mei-Hsue Cheng, Sylvia H. Imhoff for Carrie Ward
Eugene W. Brees II, William O. Whitehurst Jr., Michelle Mei-Hsue Cheng, Sylvia H. Imhoff for Cynthia Elisa Ward
Eugene W. Brees II, William O. Whitehurst Jr., Michelle Mei-Hsue Cheng, Sylvia H. Imhoff for John Samuel Ward
Harold E. Brown Jr., James W. Jennings Jr. for United States of America